## EXHIBIT B

In Re:  AEM, Inc.
Case No. 6:08-bk-04681-KSJ

## TIME RECORDS

**GENERAL - 001**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

July 31, 2008
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  2300-001

AEM, Inc.

Invoice #  43376

Federal ID #  59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/02/2008 | EEG | Review AEM assets and causes of action for possible filing. | 1.20 hr | $450.00 |
| 06/04/2008 | EEG | Conference with B. Cuthill regarding filing. | 0.60 hr | $225.00 |
| 06/04/2008 | EEG | Review documents for filing. | 0.40 hr | $150.00 |
| 06/04/2008 | EEG | Review records of transfers. | 1.20 hr | $450.00 |
| 06/05/2008 | EEG | Telephone call with B. Cuthill regarding  filing. | 0.50 hr | $187.50 |
| 06/06/2008 | EEG | Meeting with B. Cuthill. | 0.60 hr | $225.00 |
| 06/06/2008 | EEG | Meeting with A. Bates and B. Cuthill regarding litigation issues. | 2.50 hr | $937.50 |
| 06/06/2008 | EEG | Review AEM transfers. | 0.80 hr | $300.00 |
| 06/06/2008 | EEG | Prepare petition for filing; review and revise petition; meeting with B. Cuthill. | 0.80 hr | $300.00 |
| 06/17/2008 | dlc | Telephone conference with C Shafter, UST analyst, re scheduling IDI; review with EA Green and correspondence to RW Cuthill re scheduling same and preparation of case summary. | 0.40 hr | $54.00 |
| 06/19/2008 | EEG | Revise case summary. | 0.60 hr | $225.00 |
| 06/20/2008 | EEG | Meeting with B. Cuthill regarding AEM. | 1.20 hr | $450.00 |
| 06/20/2008 | EEG | Review AEM summary. | 0.80 hr | $300.00 |
| 06/20/2008 | EEG | Telephone call with B. Cuthill regarding assets. | 0.30 hr | $112.50 |
| 06/23/2008 | dlc | Update UCC research and review with EA Green. | 0.40 hr | $54.00 |

Total Professional Services:  *$4,420.50*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $135.00 | 0.80 | $108.00 |
| EEG | $375.00 | 11.50 | $4,312.50 |

For Professional Services:          *12.30 Hours*          *$4,420.50*

July 31, 2008
Matter ID:  2300-001

Invoice #  43376

Federal ID #  59-3366512

|  |  |
|---|---:|
|  | $4,420.50 |
| Applied From Trust: | $3,094.35 |
| Applied From Retainer: | $0.00 |
| **Total this Invoice:** | **$1,326.15** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

August 14, 2008
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 2300-001

AEM, Inc.

Invoice # 43686

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 07/07/2008 | dlc | Correspondence to RW Cuthill re IDI. | 0.20 hr | $27.00 |
| 07/07/2008 | EEG | Review information for AEM Initial Debtor Interview (IDI), transfers, etc. | 1.20 hr | $450.00 |
| 07/08/2008 | dlc | Attend IDI with EA Green and RW Cuthill. | 1.00 hr | $135.00 |
| 07/08/2008 | dlc | Review IDI notes and correspondence to RW Cuthill re to/do items for US Trustee. | 0.30 hr | $40.50 |
| 07/08/2008 | EEG | Attend AEM Initial Debtor Interview (IDI). | 1.50 hr | $562.50 |
| 07/08/2008 | EEG | Meeting with B. Cuthill regarding AEM issues. | 1.20 hr | $450.00 |
| 07/08/2008 | EEG | Review for IDI. | 0.50 hr | $187.50 |
| 07/10/2008 | dlc | Receipt and review of proof of opening DIP account. | 0.20 hr | $27.00 |
| 07/16/2008 | dlc | Review and organize IDI binders in preparation for continued 341 meeting. | 0.30 hr | $40.50 |
| 07/18/2008 | dlc | Telephone conference with RW Cuthill re questions on DIP report; organize report and prepare for filing. | 0.60 hr | $81.00 |
| 07/21/2008 | JDP | Attend AEM 341 meeting. | 0.60 hr | $144.00 |
| 07/21/2008 | EEG | Attend 341 Creditor meeting. | 0.80 hr | $300.00 |

Total Professional Services: *$2,445.00*

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 07/31/2008 | Postage Expense | $3.62 |
| 07/31/2008 | Fax Charges | $2.35 |
| 07/31/2008 | Photocopying Expense | $3.60 |
| 07/31/2008 | Telephone Expense | $0.81 |

Total Disbursements Incurred: *$10.38*

August 14, 2008
Matter ID:  2300-001

Invoice #  43686

Federal ID #  59-3366512

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $135.00 | 2.60 | $351.00 |
| JDP | $240.00 | 0.60 | $144.00 |
| EEG | $375.00 | 5.20 | $1,950.00 |

| | | | |
|---|---|---|---|
| For Professional Services: | 8.40 Hours | $2,445.00 |
| For Disbursements Incurred: | | $10.38 |
| | | $2,455.38 |
| Applied From Trust: | | $1,721.88 |
| Applied From Retainer: | | $0.00 |
| **Total this Invoice:** | | **$733.50** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE:  (407) 481-5800
FACSIMILE:   (407) 481-5801

September 30, 2008
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 2300-001
AEM, Inc.

Invoice # 44127
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 08/18/2008 | dlc | Review July DIP report re status of US Trustee fee payment and correspondence to RW Cuthill re same. | 0.50 hr | $67.50 |
| 08/20/2008 | dlc | Review July DIP report and prepare for filing. | 0.70 hr | $94.50 |
| 08/27/2008 | tan | Draft motion to continue hearing regarding motion to intervene. | 0.20 hr | $20.00 |
| | | | Total Professional Services: | *$182.00* |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/14/2008 | Check # 30489  American Express; Disbursement for American Express Charges 7/08-8/05 | $26.00 |
| 08/14/2008 | Check # 30494  FEDEX; Disbursement for Inv#284655815/ Date: 08-05-08 | $8.14 |
| 08/31/2008 | Telephone Expense | $0.54 |
| 08/31/2008 | Postage Expense | $44.67 |
| 08/31/2008 | Photocopying Expense | $228.80 |
| | Total Disbursements Incurred: | *$308.15* |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 1.20 | $162.00 |
| tan | $100.00 | 0.20 | $20.00 |

September 30, 2008

Matter ID: 2300-001

Invoice # 44127

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 1.40 Hours | $182.00 |
| For Disbursements Incurred: | | $308.15 |
| New Charges this Invoice: | | $490.15 |
| Previous Balance: | | $3,781.53 |
| Less Payment and Credits Received: | | $1,721.88 |
| Outstanding Balance: | | $2,059.65 |
| Plus New Charges this Invoice: | | $490.15 |
| **Total Due:** | | $2,549.80 |

Billed Through  August 31  2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

November 25, 2008
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 2300-001
AEM, Inc.

Invoice # 44751
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 09/22/2008 | dlc | Receipt and review of DIP report. | 0.30 hr | $40.50 |
| 10/22/2008 | dlc | Review and organize September DIP Report. | 0.30 hr | $40.50 |
| | | | Total Professional Services: | *$81.00* |

**For Disbursements Incurred:**

| | | | |
|---|---|---|---|
| 09/30/2008 | Postage Expense | | $37.80 |
| | | Total Disbursements Incurred: | *$37.80* |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 0.60 | $81.00 |

| | | |
|---|---|---|
| For Professional Services: | *0.60* Hours | *$81.00* |
| For Disbursements Incurred: | | *$37.80* |
| New Charges this Invoice: | | *$118.80* |
| Previous Balance: | | *$2,549.80* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$2,549.80* |
| Plus New Charges this Invoice: | | *$118.80* |
| **Total Due:** | | *$2,668.60* |

Billed Through: October 31, 2008

*Page 1*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
## ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

January 13, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 2300-001
AEM, Inc.

Invoice # 45272
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|---|---|---|---|---|
| 11/19/2008 | dlc | Prepare DIP reports for review by EA Green. | 0.20 hr | $27.00 |
| 11/20/2008 | JML | Edit and revise compromise of controversy . | 0.50 hr | $100.00 |
| 11/21/2008 | EEG | Revise Compromise motion. | 0.50 hr | $187.50 |
| 11/21/2008 | dlc | Prepare and file October DIP report. | 0.30 hr | $40.50 |
| 11/24/2008 | JML | Finalize Motions for Approval of Compromise of Controversy for AEM Case. | 0.50 hr | $100.00 |
| 12/18/2008 | dlc | Receipt and review of November DIP report. | 0.30 hr | $40.50 |

Total Professional Services: **$495.50**

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 12/31/2008 | Postage Expense | $6.54 |
| 12/31/2008 | Photocopying Expense | $13.80 |

Total Disbursements Incurred: **$20.34**

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 0.80 | $108.00 |
| EEG | $375.00 | 0.50 | $187.50 |
| JML | $200.00 | 1.00 | $200.00 |

January 13, 2009

Matter ID: 2300-001

Invoice # 45272

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 2.30 Hours | $495.50 |
| For Disbursements Incurred: | | $20.34 |
| New Charges this Invoice: | | $515.84 |
| Previous Balance: | | $2,668.60 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $2,668.60 |
| Plus New Charges this Invoice: | | $515.84 |
| **Total Due:** | | **$3,184.44** |

Billed Through: December 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

February 20, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# I N V O I C E

Matter ID: 2300-001
AEM, Inc.

Invoice # 45821
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 01/21/2009 | dlc | Receipt and review of December DIP report. | 0.40 hr | $54.00 |
| | | | Total Professional Services: | $54.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/30/2009 | Postage Expense | $4.86 |
| 01/31/2009 | Photocopying Expense | $24.80 |
| | Total Disbursements Incurred: | $29.66 |

### INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 0.40 | $54.00 |

| | | |
|---|---|---|
| For Professional Services: | 0.40 Hours | $54.00 |
| For Disbursements Incurred: | | $29.66 |
| New Charges this Invoice: | | $83.66 |
| Previous Balance: | | $3,184.44 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $3,184.44 |
| Plus New Charges this Invoice: | | $83.66 |
| **Total Due:** | | **$3,268.10** |

Billed Through: January 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

May 21, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  2300-001

AEM, Inc.

Invoice #  46856

Federal ID #  59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/2009 | EEG | Review criminal issues and indictment of AEM. | 0.50 hr | $200.00 |
| 02/04/2009 | EEG | Review criminal trial issues. | 0.40 hr | $160.00 |
| 02/17/2009 | EEG | Review monthly report. | 0.30 hr | $120.00 |
| 02/18/2009 | glb | Research AEM, Inc. on Sunbiz; review statutes for change of registered agent of dissolved entity; prepare draft Change of Registered Agent form; provided all to Attorney Knapp. | 0.70 hr | $52.50 |
| 02/19/2009 | glb | Teleconference with Florida Division of Corporations regarding reporting requirements for dissolved entity; reported same to Attorney Knapp. | 0.20 hr | $15.00 |
| 02/23/2009 | dlc | Receipt and review of January DIP report. | 0.40 hr | $54.00 |
| 03/11/2009 | glb | Received email from client regarding changes to AEM, Inc.'s Change of Registered Agent Application and directives for MVI and Hoth Holdings; meeting with Attorney Knapp regarding same; incorporate client changes into Application for AEM. | 0.20 hr | $21.00 |
| 03/19/2009 | dlc | Receipt and review of February DIP report and prepare for EA Green review. | 0.40 hr | $54.00 |
| 04/13/2009 | glb | Electronically filed Change of Registered Agent for AEM, Inc.; email to client with proof of filing. | 0.40 hr | $42.00 |
| 04/16/2009 | dlc | Receipt and review of March DIP Report; prepare for filing. | 0.40 hr | $54.00 |

Total Professional Services:  *$772.50*

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| ~~02/25/2009~~ | ~~Check # 31630  Pacer Service Center; Disbursement for 10/01/08-12/31/08~~ | ~~$15.64~~ |
| 02/28/2009 | Telephone Expense | $0.18 |
| 04/10/2009 | AEM, Inc./ Check #1013/ 04-10-09/ Filing Fee Reimbursement | ($35.00) |
| 04/13/2009 | Filing fee to Division of Corporations for Change of Registered Agent for AEM, Inc. | $35.00 |
| 04/30/2009 | Photocopying Expense | $1.20 |

Total Disbursements Incurred:  *$17.02*

May 21, 2009
Matter ID: 2300-001

Invoice # 46856

Federal ID # 59-3366512

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $135.00 | 1.20 | $162.00 |
| EEG | $400.00 | 1.20 | $480.00 |
| glb | $75.00 | 0.90 | $67.50 |
| glb | $105.00 | 0.60 | $63.00 |

|  |  |  |
|--|--|--|
| For Professional Services: | *3.90* Hours | *$772.50* |
| For Disbursements Incurred: | | *$17.02* |
| **Total this Invoice:** | | **$789.52** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE:  (407) 481-5800
FACSIMILE:  (407) 481-5801

July 08, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID:  2300-001

AEM, Inc.

Invoice #  47400

Federal ID #  59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 05/18/2009 | dlc | Receipt and review of April DIP report and prepare for filing. | 0.30 hr | $40.50 |
| 05/27/2009 | JTH | Review issues re order granting 2004 examination and draft motion for reconsideration of order. | 1.10 hr | $165.00 |
| 05/28/2009 | JTH | Edit/revise motion for reconsideration of order granting 2004 motion. | 0.50 hr | $75.00 |
| 05/28/2009 | JTH | Discuss with E. Green issues re motion for reconsideration. | 0.10 hr | $15.00 |
| 06/17/2009 | dlc | Receipt and review of May DIP Report. | 0.30 hr | $42.00 |

Total Professional Services:  $337.50

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/13/2009 | ~~Check # 31952  Pacer Service Center; Disbursement for~~ dlc/CopyCharges/010109 - 03312009 | ~~$3.76~~ |
| 05/31/2009 | Postage Expense | $2.20 |
| 05/31/2009 | Photocopying Expense | $3.00 |

Total Disbursements Incurred:  $8.96

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 0.30 | $40.50 |
| dlc | $140.00 | 0.30 | $42.00 |
| JTH | $150.00 | 1.70 | $255.00 |

| | | |
|---|---|---|
| For Professional Services | *2.30* Hours | $337.50 |
| For Disbursements Incurred | | $8.96 |
| **Total this Invoice:** | | **$346.46** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

August 17, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 2300-001
AEM, Inc.

Invoice # 47883
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 07/21/2009 | dlc | Receipt and review of June DIP report and correspondence to RW Cuthill re questions. | 0.50 hr | $70.00 |

| | |
|---|---|
| Total Professional Services: | *$70.00* |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/31/2009 | Postage Expense | $3.05 |

| | |
|---|---|
| Total Disbursements Incurred: | *$3.05* |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $140.00 | 0.50 | $70.00 |

| | | |
|---|---|---|
| For Professional Services: | *0.50* Hours | $70.00 |
| For Disbursements Incurred: | | $3.05 |
| New Charges this Invoice: | | *$73.05* |
| Previous Balance: | | *$4,404.08* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$4,404.08* |
| Plus New Charges this Invoice: | | *$73.05* |
| **Total Due:** | | **$4,477.13** |

Billed Through: July 31, 2009

**SCHEDULES - 002**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

July 31, 2008
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID:  2300-002

Schedules

Invoice #  43377

Federal ID #  59-3366512

## For Professional Services Rendered:

| | | | | |
|---|---|---|---|---|
| 06/09/2008 | dlc | Work on preparation of Schedule F. | 2.90 hr | $391.50 |
| 06/20/2008 | dlc | Draft motion to extend time to file schedules and order re same; telephone message to RW Cuthill re timing for extension. | 0.60 hr | $81.00 |
| 06/20/2008 | dlc | Final review and revisions to schedule extension motion and order; file motion and submit order to Chambers. | 0.60 hr | $81.00 |
| 06/24/2008 | dlc | Work on preparation of schedules. | 1.90 hr | $256.50 |
| 06/26/2008 | dlc | Work on schedule preparation. | 0.60 hr | $81.00 |
| 06/30/2008 | dlc | Receipt and review of notes payable information and work on schedule/SoFA preparation. | 0.90 hr | $121.50 |

Total Professional Services: *$1,012.50*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 7.50 | $1,012.50 |

For Professional Services: *7.50* Hours   *$1,012.50*

*$1,012.50*

Applied From Trust: *$708.75*

Applied From Retainer: *$0.00*

**Total this Invoice:** *$303.75*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

August 14, 2008
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  2300-002

Schedules

Invoice #  43687

Federal ID #  59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/2008 | dlc | Work on schedule review and preparation. | 1.20 hr | $162.00 |
| 07/07/2008 | dlc | Continue work on schedules. | 0.90 hr | $121.50 |
| 07/07/2008 | dlc | Continue preparation of SoFA. | 0.80 hr | $108.00 |
| 07/07/2008 | dlc | Correspondence to RW Cuthill re review of SoFA. | 0.30 hr | $40.50 |
| 07/07/2008 | dlc | Receipt and review of RW Cuthill comments on SoFA and revise same. | 0.80 hr | $108.00 |
| 07/07/2008 | dlc | Additional revisions to schedules and SoFA and correspondence to RW Cuthill re review of same. | 0.80 hr | $108.00 |
| 07/08/2008 | dlc | Review status of schedule preparation and to/do items. | 0.20 hr | $27.00 |
| 07/09/2008 | dlc | Prepare final draft of schedules and SoFA with exhibits and draft correspondence transmitting same to RW Cuthill for review. | 0.30 hr | $40.50 |
| 07/09/2008 | dlc | Organize schedule preparation documents and backup information. | 0.30 hr | $40.50 |
| 07/10/2008 | dlc | Receipt and review of corrected information on real property ownership. | 0.20 hr | $27.00 |
| 07/10/2008 | dlc | Continue review and revisions to schedules. | 0.90 hr | $121.50 |
| 07/11/2008 | dlc | Work on review and final preparation of schedules and SoFA; meet with EA Green and RW Cuthill re review of same. | 1.00 hr | $135.00 |
| 07/11/2008 | dlc | Final revisions and prepare schedules and SoFA for filing and file same. | 0.60 hr | $81.00 |
| 07/11/2008 | EEG | Review books and records for schedules. | 1.10 hr | $412.50 |
| 07/11/2008 | EEG | Review schedules for filing. | 1.10 hr | $412.50 |
| 07/11/2008 | EEG | Meeting with B. Cuthill regarding schedules. | 0.80 hr | $300.00 |
| 07/14/2008 | dlc | Review matrix of additional creditors and upload to court. | 0.50 hr | $67.50 |
| 07/14/2008 | dlc | Review and organize backup schedule preparation documents. | 0.30 hr | $40.50 |
| 07/14/2008 | dlc | Telephone conference with C Shafter, UST office, re schedules and transmit same. | 0.20 hr | $27.00 |
| 07/31/2008 | dlc | Prepare SoFA amendment. | 0.80 hr | $108.00 |

Total Professional Services:  *$2,488.50*

August 14, 2008
Matter ID:  2300-002

Invoice #  43687

Federal ID #  59-3366512

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $135.00 | 10.10 | $1,363.50 |
| EEG | $375.00 | 3.00 | $1,125.00 |

For Professional Services:        *13.10* Hours        *$2,488.50*

*$2,488.50*

Applied From Trust:        *$1,741.95*

Applied From Retainer:        *$0.00*

**Total this Invoice:**        *$746.55*

**PROFESSIONALS - 004**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

July 31, 2008
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID:  2300-004

Professional

Invoice #  43378

Federal ID #  59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/27/2008 | dlc | Review accountant employment questions with RW Cuthill. | 0.20 hr | $27.00 |
| 06/27/2008 | dlc | Draft application to employ Baldwin & Co.. | 1.80 hr | $0.00 |
| 06/27/2008 | dlc | Draft Baldwin 2014 statement and review with EA Green. | 1.10 hr | $148.50 |

Total Professional Services:  $175.50

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $0.00 | 1.80 | $0.00 |
| dlc | $135.00 | 1.30 | $175.50 |

For Professional Services:  *3.10* Hours  $175.50

$175.50

Applied From Trust:  $122.85

Applied From Retainer:  $0.00

**Total this Invoice:**  **$52.65**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

August 14, 2008
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  2300-004

Professional

Invoice #  43688

Federal ID #  59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 07/10/2008 | dlc | Review and revised Baldwin employment application and statement. | 0.80 hr | $108.00 |
| 07/14/2008 | dlc | Draft Yoakum employment application. | 0.80 hr | $108.00 |
| | | Total Professional Services: | | *$216.00* |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 1.60 | $216.00 |

|  | | |
|---|---|---|
| For Professional Services: | *1.60* Hours | *$216.00* |
| | | *$216.00* |
| Applied From Trust: | | *$151.20* |
| Applied From Retainer: | | *$0.00* |
| **Total this Invoice:** | | *$64.80* |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

September 30, 2008
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 2300-004
Professional

Invoice # 44128
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/01/2008 | dlc | Draft LSEB employment application and 2014 and 2016 statements. | 1.00 hr | $135.00 |
| 08/04/2008 | dlc | Review status of application filing; review with RW Cuthill and work on service. | 0.60 hr | $81.00 |
| 08/05/2008 | dlc | Draft order employing LSEB as counsel. | 0.40 hr | $54.00 |
| 08/06/2008 | dlc | Review court request to amend service to all creditors and parties-in-interest. | 0.30 hr | $40.50 |
| | | Total Professional Services: | | *$310.50* |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $135.00 | 2.30 | $310.50 |

| | | |
|---|---|---|
| For Professional Services: | 2.30 Hours | *$310.50* |
| New Charges this Invoice: | | *$310.50* |
| Previous Balance: | | *$268.65* |
| Less Payment and Credits Received: | | *$151.20* |
| Outstanding Balance: | | *$117.45* |
| Plus New Charges this Invoice: | | *$310.50* |
| **Total Due:** | | *$427.95* |

Billed Through August 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE:  (407) 481-5800
FACSIMILE:  (407) 481-5801

November 25, 2008
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 2300-004
Professional

Invoice # 44752
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 09/04/2008 | BJ | Prepare draft order re: LSEB employment. | 0.30 hr | $36.00 |
| 09/05/2008 | BJ | Review and revise LSEB employment order. | 0.20 hr | $24.00 |
| | | | Total Professional Services: | *$60.00* |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| BJ | $120.00 | 0.50 | $60.00 |

| | | |
|---|---|---|
| For Professional Services: | *0.50* Hours | $60.00 |
| New Charges this Invoice: | | *$60.00* |
| Previous Balance: | | *$427.95* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$427.95* |
| Plus New Charges this Invoice: | | *$60.00* |
| **Total Due:** | | **$487.95** |

Billed Through: October 31, 2008

*Page 1*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

January 13, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 2300-004
Professional

Invoice # 45273
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Init | Description | Time | Amount |
|---|---|---|---|---|
| 11/19/2008 | dlc | Draft L Barrett employment application and 2014 statement; correspondence to L Barrett re review of same. | 0.80 hr | $108.00 |
| 11/19/2008 | dlc | Draft proposed order re Barrett employment. | 0.30 hr | $40.50 |
| 11/19/2008 | dlc | Review and revise employment application re Baldwin & Co. | 0.80 hr | $108.00 |
| 11/19/2008 | dlc | Final revisions and preparation of L Barrett employment application; file same; submit proposed order to court; telephone conference with case manager re same. | 0.80 hr | $108.00 |
| 11/20/2008 | dlc | Serve L Barrett employment application. | 0.40 hr | $54.00 |
| 11/20/2008 | dlc | Review and revise Baldwin employment application and 2014 statement. | 0.60 hr | $81.00 |
| 11/24/2008 | dlc | Review and revise S Yoakum employment application and affidavit. | 0.80 hr | $108.00 |
| 11/25/2008 | dlc | Review and revise Yoakum employment application and transmit to S Yoakum for review. | 0.50 hr | $67.50 |
| 11/25/2008 | dlc | Review and revise Baldwin employment application. | 0.50 hr | $67.50 |
| 11/25/2008 | dlc | Telephone conferences with court re status of order granting employment of L Barrett as special criminal counsel; receipt and review of signed order; correspondence transmitting copy of same to L Barrett. | 0.70 hr | $94.50 |
| 12/01/2008 | dlc | Receipt and review of Baldwin 2014 affidavit. | 0.10 hr | $13.50 |
| 12/01/2008 | dlc | Receipt and review of Yoakum employment affidavit; finalze employment application and review with EA Green. | 0.60 hr | $81.00 |
| 12/03/2008 | dlc | Finalize and file Baldwin employment application. | 0.30 hr | $40.50 |
| 12/04/2008 | dlc | Draft Baldwin employment order. | 0.40 hr | $54.00 |
| 12/16/2008 | dlc | Telephone conference with case manager re status of applications to employ accountants. | 0.20 hr | $27.00 |
| 12/22/2008 | dlc | Telephone message from RW Cuthill re status of special counsel employment applications and cancellation of Cellucci application (now working as expert for Layne Smith). | 0.20 hr | $27.00 |
| 12/24/2008 | dlc | Revise Baldwin and Yoakum employment orders and upload. | 0.80 hr | $108.00 |
| 12/29/2008 | dlc | Final revisions to 2014 statement and correspondence to L Smith re review of application. | 0.40 hr | $54.00 |
| 12/29/2008 | dlc | Begin drafting Layne Smith application. | 1.50 hr | $202.50 |

January 13, 2009

Matter ID: 2300-004

Invoice # 45273

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 12/30/2008 | dlc | Receipt and review of executed 2014 by L Smith; review application with EA Green and prepare for filing and file and serve same on 1007-2 matrix. | 1.50 hr | $202.50 |

Total Professional Services: *$1,647.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 12.20 | $1,647.00 |

| | | |
|---|---|---|
| For Professional Services: | *12.20* Hours | *$1,647.00* |
| New Charges this Invoice: | | *$1,647.00* |
| Previous Balance: | | *$487.95* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$487.95* |
| Plus New Charges this Invoice: | | *$1,647.00* |
| **Total Due:** | | **$2,134.95** |

Billed Through: December 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

February 20, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 2300-004
Professional

Invoice # 45809
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 01/07/2009 | dlc | Draft Baldwin & Co fee application and affidavit. | 0.80 hr | $108.00 |
| 01/08/2009 | dlc | Review and revise Baldwin fee application and affidavit; correspondence re review and comment and/or execution of same. | 0.40 hr | $54.00 |
| 01/08/2009 | dlc | Research docket for entry of hearing notice on Layne Smith application. | 0.20 hr | $27.00 |
| 01/09/2009 | dlc | Review and revise Baldwin fee application; and correspondence to Marian re questions on invoices. | 0.50 hr | $67.50 |
| 01/12/2009 | dlc | Receipt and review of revised Baldwin & Co invoices; update fee application. | 0.50 hr | $67.50 |
| 01/13/2009 | dlc | Correspondence to Baldwin & Co re fee application review and execution. | 0.20 hr | $27.00 |
| 01/14/2009 | dlc | Receipt and review of executed Baldwin affidavit and prepare fee app for filing. | 0.30 hr | $40.50 |
| 01/21/2009 | dlc | Telephone conference with court administrator re noticing fee application for hearing; draft notice of hearing. | 0.40 hr | $54.00 |

Total Professional Services: *$445.50*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $135.00 | 3.30 | $445.50 |

February 20, 2009

Matter ID: 2300-004

Invoice # 45809

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 3.30 Hours | $445.50 |
| New Charges this Invoice: | | $445.50 |
| Previous Balance: | | $2,134.95 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $2,134.95 |
| Plus New Charges this Invoice: | | $445.50 |
| **Total Due:** | | **$2,580.45** |

Billed Through: January 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:   (407) 481-5801

April 10, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 2300-004
Professional

Invoice # 46322
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/09/2009 | dlc | Research status of L Smith employment application; telephone message to court re same. | 0.30 hr | $40.50 |
| 02/09/2009 | dlc | Telephone conference with court deputy re Layne Smith employment application status; draft order and transmit to court. | 0.50 hr | $67.50 |
| 02/18/2009 | dlc | Review with EA Green results of hearing on fee applications for accountants and special counsel and discuss orders to be prepared. | 0.30 hr | $40.50 |
| 02/19/2009 | dlc | Work on Baldwin fee order. | 0.40 hr | $54.00 |
| 02/19/2009 | dlc | Draft chart of professional fee payments and holdbacks. | 0.40 hr | $54.00 |
| 02/23/2009 | dlc | Correspondence to E Escamilla, UST, re review and comment on Baldwin fee order. | 0.30 hr | $40.50 |
| 02/23/2009 | dlc | Receipt and review of January invoice for Baldwin. | 0.30 hr | $40.50 |
| 03/03/2009 | dlc | Receipt and review of requested language change in fee orders from E Escamilla, UST; revise Baldwin fee order to comply with UST request. | 0.40 hr | $54.00 |
| 03/03/2009 | dlc | Prepare Baldwin fee order for transmittal to court and transmit. | 0.30 hr | $40.50 |
| 03/12/2009 | dlc | Review Baldwin December invoice and prepare 2nd interim fee application and affidavit; correspondence to M. Gartner re review and execution of affidavit. | 0.90 hr | $121.50 |
| 03/12/2009 | dlc | Correspondence from M. Gartner re status of fee app. | 0.20 hr | $27.00 |
| 03/30/2009 | dlc | Work on LSEB fee application. | 0.40 hr | $54.00 |
| 03/31/2009 | dlc | Update chart of fees paid; review timing of next fee applications for all professionals. | 0.30 hr | $40.50 |

Total Professional Services: *$675.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 5.00 | $675.00 |

April 10, 2009

Matter ID: 2300-004

Invoice # 46322

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 5.00 Hours | $675.00 |
| New Charges this Invoice: | | $675.00 |
| Previous Balance: | | $2,580.45 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $2,580.45 |
| Plus New Charges this Invoice: | | $675.00 |
| **Total Due:** | | **$3,255.45** |

Billed Through: March 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

May 21, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  2300-004

Professional

Invoice #  46857

Federal ID #  59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 04/10/2009 | dlc | Work on LSEB fee application. | 0.50 hr | $67.50 |
| 04/16/2009 | dlc | Begin preparation of LSEB fee application. | 0.70 hr | $94.50 |
| 04/17/2009 | dlc | Continue preparation of LSEB fee application. | 0.80 hr | $108.00 |
| 04/20/2009 | dlc | Review L Smith invoices and J Cellucci invoices; correspondence to RW Cuthill re questions on same. | 0.60 hr | $81.00 |
| 04/23/2009 | dlc | Review J Cellucci resume and engagement letter; draft application to employ as consultant. | 1.80 hr | $243.00 |
| 04/23/2009 | dlc | Draft Cellucci 2014 verified statement. | 0.40 hr | $54.00 |
| 04/23/2009 | dlc | Draft correspondence to J Cellucci requesting review and execution of 2014 statement and review of employment application, including revisions to initial fee invoice. | 0.60 hr | $81.00 |
| 04/23/2009 | dlc | Review and revise Baldwin 2nd interim fee application. | 1.10 hr | $148.50 |
| 04/24/2009 | dlc | Correspondence to R Baldwin re review and execution of 2nd interim fee application and affidavit. | 0.20 hr | $27.00 |
| 04/27/2009 | dlc | Correspondence to J Cellucci re status of employment application review. | 0.20 hr | $27.00 |
| 04/27/2009 | dlc | Receipt and review of comments from Marian re Baldwin 2nd interim fee application; revise applicationa nd correspondence to Marian to review revisions. | 0.80 hr | $108.00 |
| 04/29/2009 | dlc | Receipt and review of J Cellucci's executed verified statement; prepare employment application for filing. | 0.70 hr | $94.50 |

Total Professional Services: *$1,134.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 8.40 | $1,134.00 |

For Professional Services: *8.40* Hours    *$1,134.00*

**Total this Invoice:** *$1,134.00*

*Page 1*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

July 08, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 2300-004

Professional

Invoice # 47401

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 05/19/2009 | dlc | Final review and preparation of Baldwin second fee application for filing. | 0.30 hr | $40.50 |
| 05/19/2009 | dlc | Draft Barrett Chapman 1st interim fee application and affidavit; correspondence to L Barrett re review and execution of same. | 0.90 hr | $121.50 |
| 05/19/2009 | dlc | Begin drafting Smith Brooks & Masterson 1st interim fee application. | 0.70 hr | $94.50 |
| 05/21/2009 | dlc | Receipt and review of Barrett executed affidavit re fee application; prepare application for filing. | 0.20 hr | $27.00 |

Total Professional Services: *$283.50*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 2.10 | $283.50 |

For Professional Services: *2.10* Hours    *$283.50*

**Total this Invoice:**    *$283.50*

*Page 1*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
## ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

August 17, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 2300-004
Professional

Invoice # 47884
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/08/2009 | dlc | Finalize, file and serve 2nd interim fee app for Baldwin & Co and 1st interim fee app for R L Barrett. | 0.80 hr | $112.00 |
| 07/20/2009 | dlc | Begin preparation of L Smith fee application and review of invoices; correspondence to L Smith re error in invoicing. | 0.60 hr | $84.00 |
| 07/21/2009 | dlc | Correspondence from/to L Smith office re fee application status. | 0.20 hr | $28.00 |
| 07/21/2009 | dlc | Continue preparation of L Smith fee application. | 0.80 hr | $112.00 |
| 07/22/2009 | dlc | Finalize L Smith fee application and affidavit; correspondence to L Smith re review of application and execution of affidavit. | 1.60 hr | $224.00 |
| 07/23/2009 | dlc | Receipt and review of executed L Smith affidavit and revisions to fee application; revise application and prepare for filing. | 1.10 hr | $154.00 |
| 07/24/2009 | dlc | Draft fee application orders for Baldwin and Barrett. | 0.80 hr | $112.00 |
| 07/24/2009 | dlc | Draft employment order re J Cellucci. | 0.50 hr | $70.00 |
| 07/28/2009 | dlc | Receipt and review of Baldwin invoices. | 0.30 hr | $42.00 |
| 07/30/2009 | dlc | Receipt and review of Baldwin July invoices. | 0.20 hr | $28.00 |

Total Professional Services: *$966.00*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $140.00 | 6.90 | $966.00 |

August 17, 2009

Matter ID: 2300-004

Invoice # 47884

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 6.90 Hours | $966.00 |
| New Charges this Invoice: | | $966.00 |
| Previous Balance: | | $4,672.95 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $4,672.95 |
| Plus New Charges this Invoice: | | $966.00 |
| **Total Due:** | | **$5,638.95** |

Billed Through: July 31, 2009

**PLAN OF REORGANIZATION - 005**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

July 08, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID:  2300-005

Plan of Reorganization

Invoice #  47402

Federal ID #  59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 06/01/2009 | dlc | Review and revise joint plan and disclosure statement. | 0.50 hr | $67.50 |

Total Professional Services: *$67.50*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 0.50 | $67.50 |

For Professional Services: *0.50* Hours    *$67.50*

**Total this Invoice:**    **$67.50**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:   (407) 481-5801

April 10, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 2300-005

Plan of Reorganization

Invoice # 46323

Federal ID # 59-3366512

---

**For Professional Services Rendered:**

---

| | | | | |
|---|---|---|---|---|
| 03/04/2009 | dlc | Review hearing pro memo re exclusivity motion; review with EA Green and draft order extending exclusivity. | 0.40 hr | $54.00 |

Total Professional Services: *$54.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 0.40 | $54.00 |

For Professional Services: *0.40* Hours *$54.00*

**Total Due:** *$54.00*

Billed Through: March 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE:  (407) 481-5800
FACSIMILE:  (407) 481-5801

August 17, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 2300-005
Plan of Reorganization

Invoice # 47885
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 07/23/2009 | EEG | Emails with Atty. Carlson regarding agreement on Disclosure. | 0.50 hr | $200.00 |
| 07/23/2009 | EEG | Prepare for Disclosure Hearing and Fee Hearing. | 0.70 hr | $280.00 |
| | | Total Professional Services: | | *$480.00* |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| EEG | $400.00 | 1.20 | $480.00 |

| | | |
|---|---|---|
| For Professional Services: | *1.20* Hours | *$480.00* |
| New Charges this Invoice: | | *$480.00* |
| Previous Balance: | | *$121.50* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$121.50* |
| Plus New Charges this Invoice: | | *$480.00* |
| **Total Due:** | | **$601.50** |

Billed Through: July 31, 2009

**CLAIMS - 006**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

August 14, 2008
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  2300-006

Claims

Invoice #  43689

Federal ID #  59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 07/01/2008 | dlc | Review tax notices received from Massachusetts; confirm listed on schedules. | 0.30 hr | $40.50 |
| 07/14/2008 | dlc | Receipt and review of correspondence from Virginia taxing authority and correspondence transmitting same to RW Cuthill for his review. | 0.30 hr | $40.50 |

Total Professional Services: *$81.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 0.60 | $81.00 |

For Professional Services: *0.60* Hours *$81.00*

*$81.00*

Applied From Trust: *$56.70*

Applied From Retainer: *$0.00*

**Total this Invoice:** *$24.30*

*Page 1*

**ADVERSARY MATTERS - 008**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

February 20, 2009
AEM, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 2300-008
Adversary Matters

Invoice # 45810
Federal ID # 59-3366512

## For Professional Services Rendered:

| | | | | |
|---|---|---|---|---|
| 01/30/2009 | JML | Draft, edit and finalize Order for Granting 9019 motion. | 1.10 hr | $220.00 |
| | | | Total Professional Services: | $220.00 |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JML | $200.00 | 1.10 | $220.00 |

| | | | |
|---|---|---|---|
| | For Professional Services: | 1.10 Hours | $220.00 |
| | **Total Due:** | | **$220.00** |

Billed Through: January 31, 2009