UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | CASE NO. 6:08-bk-04328-KSJ |
| HOTH HOLDINGS, LLC, | CHAPTER 11 |
| Debtor._____/ | Confirmation Hearing set for Friday, October 16, 2009 at 10:00 a.m. |

SUMMARY OF SECOND SUPPLEMENT TO FINAL APPLICATION
OF R. SCOTT SHUKER AND
THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP,
FOR AWARD OF ATTORNEYS' FEES i/a/o $4,926.50
AND REIMBURSEMENT OF EXPENSES i/a/o $14.96

| | |
|---|---|
| Applicant's Name: | Latham, Shuker, Eden & Beaudine, LLP |
| Applicant's Address: | 390 N. Orange Ave., Ste. 600<br>Orlando, FL 32801 |
| Role of Applicant: | Counsel for the Debtor-in-Possession |
| Certifying Professional: | Elizabeth A. Green |
| Date Petition Filed: | May 27, 2008 |
| Date of Order Authorizing Employment *nunc pro tunc* to: | September 17, 2008<br>*nunc pro tunc* to May 27, 2008 |
| Date of Services Rendered: | September 1, 2009 to October 9, 2009 |
| Gross Amount of Professional Fees for Application Period: | $4,926.50 |
| Gross Amount of Disbursements and Expenses for Application Period: | $14.96 |
| TOTAL GROSS AMOUNT REQUESTED THIS SUPPLEMENTAL APPLICATION: | $4,940.46 |
| FINAL FEE APPLICATION, Doc No. 119<br>FIRST SUPPLEMENT, Doc No. 131 | $17,372.83/$1,258.29 (less retainer $5,593.53)<br>(Total retainer received: $100,219.50 shared with Mirabilis Ventures; 08-4327 and AEM; 08-4681) |
| TOTAL ALL REQUESTS FOR AWARD FOR FEES AND DISBURSEMENTS: | $23,571.58 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | CASE NO. 6:08-bk-04328-KSJ |
| HOTH HOLDINGS, LLC, | CHAPTER 11 |
| Debtor. _____/ | Confirmation Hearing set for Friday, October 16, 2009 at 10:00 a.m. |

**SECOND SUPPLEMENT TO FINAL APPLICATION OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, FOR AWARD OF ATTORNEYS' FEES i/a/o $4,926.50 REIMBURSEMENT OF EXPENSES i/a/o $14.96**

**LATHAM, SHUKER, EDEN & BEAUDINE, LLP,** ("Applicant"), as counsel for Hoth Holdings, LLC ("Hoth Holdings" or "Debtor"), hereby submits its second supplemental application ("Supplemental Application") for an award of compensation for services for actual fees in the amount of $4,926.50 and reimbursement of actual expenses in the amount of $14.96 incurred subsequent to the filing of the Final Application on August 19, 2009 (Doc No. 119), from September 1, 2009 through October 9, 2009 ("Supplemental Period") for a total request for the Supplemental Application of $4,940.46. In support thereof, Applicant states as follows:

1. The combined totals for all fees incurred to date in this case for Applicant are set forth below:

| Matter | Fees Fnl App | Hrs | Fees 1st Supp | Hrs | Fees 2d Supp | Hrs | Total Fees | Total Hours |
|---|---|---|---|---|---|---|---|---|
| General Representation (001) | $ 7,639.50 | 33.9 | $ 28.00 | .2 | $ 0.00 | 0.0 | $ 7,667.50 | 34.1 |
| Schedules (002) | $ 1,347.00 | 8.6 | $ 0.00 | 0.0 | $ 0.00 | 0.0 | $ 1,347.00 | 8.6 |
| Professional Retention (004) | $ 3,147.00 | 23.3 | $ 1,176.00 | 8.4 | $ 854.00 | 6.1 | $ 5,177.00 | 37.8 |
| Plan of Reorganization (005) | $ 121.50 | .9 | $ 0.00 | 0.0 | $ 0.00 | 0.0 | $ 121.50 | .9 |

| Matter | Fees Fnl App | Hrs | Fees 1st Supp | Hrs | Fees 2d Supp | Hrs | Total Fees | Total Hours |
|---|---|---|---|---|---|---|---|---|
| Claims (006) | $ 67.50 | .5 | $ 0.00 | 0.0 | $ 659.00 | 3.0 | $ 726.50 | 3.5 |
| Adversary Matters (008) | $ 2,980.50 | 12.2 | $ 0.00 | 0.0 | $ 501.50 | 1.7 | $ 3,482.00 | 13.9 |
| Avoidance Actions (011) | $ 1,860.00 | 7.3 | $ 0.00 | 0.0 | $ 0.00 | 0.0 | $ 1,860.00 | 7.3 |
| Appeal (Dismissal Order) (020) | $ 0.00 | 0.0 | $ 0.00 | 0.0 | $ 2,912.00 | 10.0 | $ 2,912.00 | 10.0 |
| TOTALS | $ 17,163.00 | 86.7 | $ 1,204.00 | 8.6 | $ 4,926.50 | 20.8 | $ 23,293.50 | 116.1 |

2.  The continuing professional services rendered on behalf of the Debtor during the First Supplemental Period for which an award of compensation is sought by Applicant involve the rendering of bankruptcy advice in the following areas of representation:

| Matter | Fees Incurred | Total Hours |
|---|---|---|
| Professional Retention (004) | $854.00 | 6.1 |
| Claims (006) | $659.00 | 3.0 |
| Adversary Matters (008) | $501.50 | 1.7 |
| Appeal (Dismissal Order) (020) | $2,912.00 | 10.0 |
| TOTALS | $4,926.50 | 20.8 |

3.  The majority of the services provided by Applicant during the Second Supplemental Period dealt with preparation of fee applications for professionals, review and preparation of claims objections; and review of issues related to the appeal of the Dismissal Order.

4.  Attached hereto as **Exhibit A** is a table summarizing the name of the professional or paraprofessional, hourly rate, number of hours, and total fees incurred for each professional or

paraprofessional, broken down for each of the areas of representation which are described in the Supplemental Application.

5. Attached to this Supplemental Application filed with the Court as **Exhibit B**, is a detailed breakdown of the time entries for each of the professionals providing services during the Supplemental Period. Copies of the invoices are available upon request to Elizabeth Green at the address below.

6. Applicant also requests approval for reimbursement of expenses for the Supplemental Period in the amount of $14.96, as more particularly described in **Exhibit C**.

7. Attached to this Supplemental Application filed with the Court as **Exhibit D** is an affidavit in support of the Supplemental Application of Latham, Shuker, Eden & Beaudine, LLP, for award of fees and expenses.

8. The total fees and expenses incurred for the Supplemental Period in the amount of $4,940.46 are over the noticed amount by $2,940.46.

**WHEREFORE**, Latham, Shuker, Eden & Beaudine, LLP, requests that it be awarded compensation for services for the First Supplemental Period of $4,926.50, reimbursement of expenses of $14.96, for a total award for fees and expenses for the First Supplemental Period of $4,940.46; and for such other and further relief as is appropriate in the circumstances.

**RESPECTFULLY SUBMITTED** this 14th day of October 2009.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | CASE NO. 6:08-bk-04328-KSJ |
| HOTH HOLDINGS, LLC, | CHAPTER 11 |
| Debtor._____/ | Confirmation Hearing set for Friday, October 16, 2009 at 10:00 a.m. |

## Certificate of Service

**I HEREBY CERTIFY** that a true copy of the Second Supplement to the Final Application of LATHAM, SHUKER, EDEN & BEAUDINE, LLP, for Award of Attorneys' Fees and Expenses has been furnished by either electronic transmission and/or U.S. mail, postage-paid, to: Hoth Holdings, LLC, c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the Local Rule 1007-2 Parties-in-Interest Matrix, as shown on the service lists attached to the original of this motion filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 14th day of October 2009.

/s/ R. Scott Shuker
R. Scott Shuker, Esquire

```
Label Matrix for local noticing          Coastal Equity Partners              Commonwealth of Virginia
113A-6                                   Attn: Moreco Ptnrs, Mgr              Cty of Henrico-DOF/Treasury
Case 6:08-bk-04328-KSJ                   350 Camino Gardens Blvd #102         Attn: M Erickson, Rev Coll
Middle District of Florida               Boca Raton, FL 33432-5825            PO Box 27032
Orlando                                                                       Richmond, VA 23273-7032
Mon Sep 28 16:25:20 EDT 2009

Elena L Escamilla                        I Randall Gold                       Jimmy D Parrish
United States Trustee                    United States Attorney's Office      Latham Shuker Eden & Beaudine LLP
135 W Central Blvd  Suite 620            501 West Church Street               Post Office Box 3353
Orlando, FL 32801-2440                   Suite 300                            Orlando, FL 32802-3353
                                         Orlando, FL 32805-2281


R Scott Shuker                           United States Trustee - ORL          United States of America
Latham Shuker Eden & Beaudine LLP        135 W. Central Blvd., Suite 620      c/o Nicole M Andrejko, Esq
Post Office Box 3353                     Orlando, FL 32801-2440               US Attorney's Office FLM
Orlando, FL 32802-3353                                                        501 W Church St, Ste 300
                                                                              Orlando, FL 32805-2281


Bart R Valdes                            C Brent Wardrop                      End of Label Matrix
deBeaubien Knight Simmons Mantzaris Neal deBeubien Knight Simmons Mantzaris Neal   Mailable recipients    10
332 North Magnolia Avenue                332 North Magnolia Avenue            Bypassed recipients     0
Orlando, FL 32801-1609                   Orlando, FL 32801-1609               Total                  10
```

# EXHIBIT A

In Re: Hoth Holdings, LLC
Case No. 6:08-bk-04328-KSJ

## Professional Retention - 004

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Diane L. Crivello | 6.1 | 140 | $ | 854.00 |
| **TOTAL** | **6.1** | | $ | **854.00** |

## Claims - 006

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Mariane L. Dorris | .6 | 295 | $ | 177.00 |
| Justin M. Luna | 2.0 | 220 | $ | 440.00 |
| Tracey Young | .4 | 105 | $ | 42.00 |
| **TOTAL** | **3.0** | | $ | **659.00** |

## Adversary Matters - 008

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Mariane L. Dorris | 1.7 | 295 | $ | 501.50 |
| **TOTAL** | **1.7** | | $ | **501.50** |

## Appeal (Dismissal Order) - 020

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Mariane L. Dorris | 9.8 | 295 | $ | 2,891.00 |
| Teresa A Neufeld | .2 | 105 | $ | 21.00 |
| **TOTAL** | **10.0** | | $ | **2,912.00** |

**EXHIBIT B**

In Re: In Re: Hoth Holdings, LLC
Case No. 6:08-bk-04328-KSJ

**TIME RECORDS**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE (407) 481-5800
FACSIMILE (407) 481-5801

October 13, 2009

Hoth Holdings, LLC
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

## INVOICE

Matter ID: 4678-004
Professional

Invoice # 48605
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/08/2009 | dlc | Receipt and initial review of August invoices for Baldwin & Co. | 0.20 hr | $28.00 |
| 09/09/2009 | dlc | Review issues related to preparation of supplemental fee applications for all professionals. | 0.20 hr | $28.00 |
| 09/10/2009 | dlc | Draft Baldwin & Co supp fee app and affidavit; correspondence to M Gartner re estimated fees. | 0.60 hr | $84.00 |
| 09/10/2009 | dlc | Receipt and review of updated estimated time from M Gartner; revise fee application and correspondence to M Gartner re review and execution. | 0.40 hr | $56.00 |
| 09/15/2009 | dlc | Review and revise LSEB fee application. | 0.80 hr | $112.00 |
| 09/15/2009 | dlc | Work on preparation of LSEB supplemental fee application. | 0.90 hr | $126.00 |
| 09/16/2009 | dlc | Review LSEB and Baldwin supplement fee apps with EA Green; prepare for filing and file. | 0.80 hr | $112.00 |
| 09/21/2009 | dlc | Review Barrett supplemental invoices. | 0.20 hr | $28.00 |
| 09/22/2009 | dlc | Draft notice of substitution of counsel; file and serve same. | 0.70 hr | $98.00 |
| 09/23/2009 | dlc | Draft R L Barrett supplemental fee application and affidavit; correspondence to RL Barrett re review and execution. | 0.50 hr | $70.00 |
| 09/28/2009 | dlc | Final preparation of Barrett supplemental fee app for filing and draft notice of hearing. | 0.40 hr | $56.00 |
| 09/28/2009 | dlc | File Barrett supplemental application and notice of hearing re same. | 0.40 hr | $56.00 |

Total Professional Services: *$854.00*

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 09/30/2009 | Postage Expense | $3.96 |
| 09/30/2009 | Photocopying Expense | $11.00 |

Total Disbursements Incurred: *$14.96*

October 13, 2009

Matter ID: 4678-004

Invoice # 48605

Federal ID # 59-3366512

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $140.00 | 6.10 | $854.00 |

| | | |
|---|---|---|
| For Professional Services: | 6.10 Hours | $854.00 |
| For Disbursements Incurred: | | $14.96 |
| New Charges this Invoice: | | $868.96 |
| Previous Balance: | | $4,209.60 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $4,209.60 |
| Plus New Charges this Invoice: | | $868.96 |
| **Total Due:** | | **$5,078.56** |

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009

Hoth Holdings, LLC
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# INVOICE

Matter ID: 4678-006
Claims

Invoice # 48606
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/25/2009 | JML | Discuss issues regarding county tax claims and state court matter, and draft claims objection to same. | 2.00 hr | $440.00 |
| 09/28/2009 | MLD | Review issues regarding objection to Forge claim. | 0.60 hr | $177.00 |
| | | Total Professional Services: | | $617.00 |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| MLD | $295.00 | 0.60 | $177.00 |
| JML | $220.00 | 2.00 | $440.00 |

| | | |
|---|---|---|
| For Professional Services: | 2.60 Hours | $617.00 |
| New Charges this Invoice: | | $617.00 |
| Previous Balance: | | $67.50 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $67.50 |
| Plus New Charges this Invoice: | | $617.00 |
| **Total Due:** | | **$684.50** |

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
## ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009
Hoth Holdings, LLC
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# INVOICE

Matter ID: 4678-006
Claims

Invoice # 48617
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/08/2009 | tay | Review and incorporate revisions; Finalize claim objection for Henirco County, Virginia Claim No. 2 | 0.40 hr | $42.00 |

Total Professional Services: $42.00

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| tay | $105.00 | 0.40 | $42.00 |

| | | |
|---|---|---|
| For Professional Services: | 0.40 Hours | $42.00 |
| New Charges this Invoice: | | $42.00 |
| Previous Balance: | | $684.50 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $684.50 |
| Plus New Charges this Invoice: | | $42.00 |
| **Total Due:** | | **$726.50** |

*Page 1*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009
Hoth Holdings, LLC
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# INVOICE

Matter ID: 4678-008
Adversary Matters

Invoice # 48607
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/29/2009 | MLD | Review issues regarding Coastal Equity Partners adversary. | 0.40 hr | $118.00 |
| 09/30/2009 | MLD | Review issues regarding jury trial demand. | 0.50 hr | $147.50 |
| 09/30/2009 | MLD | Review issues regarding claim objection issues and adversary. | 0.80 hr | $236.00 |
| | | Total Professional Services: | | $501.50 |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| MLD | $295.00 | 1.70 | $501.50 |

| | | |
|---|---|---|
| For Professional Services: | 1.70 Hours | $501.50 |
| New Charges this Invoice: | | $501.50 |
| Previous Balance: | | $1,020.15 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $1,020.15 |
| Plus New Charges this Invoice: | | $501.50 |
| **Total Due:** | | **$1,521.65** |

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
## ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009

Hoth Holdings, LLC
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# INVOICE

Matter ID: 4678-020
Hoth Appeal (Dismissal Order)

Invoice # 48608
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|---|---|---|---|---|
| 09/21/2009 | MLD | Review Forge motion for leave to appeal. | 1.10 hr | $324.50 |
| 09/21/2009 | MLD | Review issues regarding appeal and confirmation. | 0.20 hr | $59.00 |
| 09/22/2009 | MLD | Review issues regarding notice of appeal of 9/2/09 dismissal order. | 0.80 hr | $236.00 |
| 09/23/2009 | MLD | Outline legal and factual objection to Forge motion for leave to appeal. | 1.70 hr | $501.50 |
| 09/28/2009 | MLD | Draft objection to Forge motion for leave to appeal. | 2.30 hr | $678.50 |
| 09/28/2009 | MLD | Review and revise objection to Forge motion for leave to appeal. | 0.80 hr | $236.00 |
| 09/29/2009 | MLD | Review Forge designation of items on appeal. | 1.60 hr | $472.00 |
| 09/29/2009 | MLD | Draft designation of items on appeal (Forge). | 1.30 hr | $383.50 |

Total Professional Services: $2,891.00

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| MLD | $295.00 | 9.80 | $2,891.00 |

For Professional Services: 9.80 Hours $2,891.00

Total Due: $2,891.00

Billed Through: September 30, 2009

Page 1

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009
Hoth Holdings, LLC
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

## INVOICE

Matter ID: 4678-020
Hoth Appeal (Dismissal Order)

Invoice # 48618
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|---|---|---|---|---|
| 10/12/2009 | tan | Prepare certificate of interested parties and corporate disclosure statement for appeal regarding Forge. | 0.20 hr | $21.00 |

Total Professional Services: $21.00

### INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| tan | $105.00 | 0.20 | $21.00 |

| | | |
|---|---|---|
| For Professional Services: | 0.20 Hours | $21.00 |
| New Charges this Invoice: | | $21.00 |
| Previous Balance: | | $2,891.00 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $2,891.00 |
| Plus New Charges this Invoice: | | $21.00 |
| **Total Due:** | | **$2,912.00** |

*Page 1*

## EXHIBIT C

In Re: In Re: Hoth Holdings, LLC
Case No. 6:08-bk-04328-KSJ

### EXPENSES/COSTS

| | | |
|---|---|---|
| Photocopy | $ | 11.00 |
| Postage | $ | 3.96 |
| **TOTAL** | $ | 14.96 |

## EXHIBIT D

In Re: In Re: Hoth Holdings, LLC
Case No. 6:08-bk-04328-KSJ

## AFFIDAVIT

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In re: | CASE NO. 6:08-bk-04328-KSJ |
| HOTH HOLDINGS, LLC, | CHAPTER 11 |
| Debtor. | |
| _____/ | |

## AFFIDAVIT IN SUPPORT OF SECOND SUPPLEMENT TO FINAL APPLICATION OF R. SCOTT SHUKER AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, FOR AWARD OF ATTORNEYS' FEES i/a/o $4,926.50 AND REIMBURSEMENT OF EXPENSES i/a/o $14.96

STATE OF FLORIDA      )
                      )
COUNTY OF ORANGE      )

**BEFORE ME**, the undersigned authority, personally appeared R. Scott Shuker, who, being duly sworn, deposes and says:

1. I am a partner with Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker"), a Florida limited liability partnership engaged in the practice of law, and in that capacity have control over the books and records of Latham Shuker relating to the matter set forth herein, which books and records are kept and maintained by Latham Shuker in the ordinary course of its business. I make this affidavit based upon personal knowledge of the matters set forth herein.

2. I am the billing and responsible attorney assigned by Latham Shuker to represent the Debtor.

3. I have reviewed Latham, Shuker, Eden & Beaudine, LLP's Second Supplement to the Final Application for Award of Attorneys' Fees and Reimbursement of Expenses filed

concurrent herewith, and all attachments accurately reflect the time and expenses of Latham Shuker for the periods set forth herein for representation of the Debtor.

4. I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
R. SCOTT SHUKER


STATE OF FLORIDA )
COUNTY OF ORANGE )

Sworn to and subscribed before me this 14th day of October 2009 by **R. Scott Shuker**, who is personally known to me.

_____
Signature of Person Taking Acknowledgment
Print Name:_____
Title: Notary Public
Serial No. (if any) _____
Commission Expires: _____

DIANE L. CRIVELLO
MY COMMISSION # DD 783481
EXPIRES: July 21, 2012
Bonded Thru Notary Public Underwriters

[NOTARY SEAL]

2