UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,           CASE NO. 6:08-bk-04327-KSJ
HOTH HOLDINGS, LLC, and           CASE NO. 6:08-bk-04328-KSJ
AEM, INC.,                             CASE NO. 6:08-bk-04681-KSJ

            Debtors.                 CHAPTER 11
_____/

ORDER GRANTING FINAL AND SUPPLEMENTS TO FINAL APPLICATIONS
FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
BY ALL PROFESSIONALS EMPLOYED BY
MIRABILIS VENTURES, INC., HOTH HOLDINGS, LLC, AND AEM, INC.

**THIS CASE** came on for hearing on October 16, 2009 ("Hearing"), upon the Final Applications and Supplements ( hereinafter referred to as the "Final Applications"), Estimated Fees and Expenses ("Estimated Compensation"), and requests for payment of all Holdbacks submitted by all professionals ("Applicants") employed by Mirabilis Ventures, Inc. ("Mirabilis"), Hoth Holdings, LLC ("Hoth"), and AEM, Inc. ("AEM") (collectively, hereinafter referred to as the "Debtors"), as shown on **Exhibit A** attached hereto.

At the Hearing on the Final Applications and Estimated Compensation, the United States Trustee raised questions with regard to the Supplemental Applications of Smith, Brooks & Masterson, PL, and KPMG, LLP.

The Court, having considered the Final Applications, the representations of R. Scott Shuker on behalf of all of the Applicants, and having heard from the United States

Trustee and counsel for all interested parties present at the Hearing, determined that Applicants should be awarded fees and expenses as set forth below.  Accordingly, it hereby

**ORDERED:**

1.  The Final Applications are granted, to the extent set forth herein, in the amounts set forth on **Exhibit A** attached hereto (including Docket Numbers of Final Applications).

2.  Upon entry of this order, Debtors shall pay eighty-percent (80%) of the respective "Allowed Compensation" noted on **Exhibit A**.

3.  The remaining twenty percent (20%) of the respective "Allowed Compensation" may be paid by the Liquidating Debtor at such time as there are sufficient funds to pay the balance.

4.  The respective requested fees and expenses over and above the Allowed Compensation shall be disallowed in the case of Latham, Shuker, Eden & Beaudine, LLP or considered at a further hearing as noted below.

5.  Payment of all Holdbacks is approved.

6.  Any Applicant who received a retainer shall apply said retainer against compensation awarded herein.

7.   Consideration of the Supplemental Application of Smith, Brooks & Masterson, PL, and KPMG, LLP's shall be continued to December 9, 2009 at 11:00 a.m.

**DONE AND ORDERED on November 4, 2009.**

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor:  Mirabilis Ventures, Inc., Attn:  R. W. Cuthill, Jr., President, 341 N Maitland Avenue, Suite   210, Maitland, FL   32751;

Debtors' Counsel:  R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine, LLP, PO Box 3353, Orlando, FL   32802-3353;

I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805;

Carol Koehler Ide, Trial Attorney, Tax Division, U.S. Dept. of Justice, P.O. Box 14198, Washington, DC 20044;

Elena Escamilla, Esq., Office of the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; and

Local Rule 1007-2 Parties-in-Interest.

**MIRABILIS VENTURES, INC., *ET AL.***
**Case No. 6:08-bk-04327-KSJ**

## EXHIBIT A - ALLOWED COMPENSATION

| Professional | MVI | AEM | Hoth | |
|---|---|---|---|---|
| LSEB | $525,431.21 (Doc 247) | $19,644.46 (Doc 135) | $17,372.83 (Doc 119) | Final |
| | $26,966.15 (Doc 293) | $3,100.80 (Doc 151) | $1,258.29 (Doc 131) | 1st Supp |
| (less retainer of $87,028.82 and reduction of $200,000) | $74,780.07 (Doc 367) | $9,542.04 (Doc 170) | $4,940.46 (Doc 146) | Actual 09/01-10/9 |
| **Allowed Compensation** | **$ 340,148.61** | **$ 32,287.30** | **$ 23,571.58** | |
| | | | | |
| | | | | |
| Baldwin & Co | | | $ 1,089.17 | Second Interim |
| | $3,266.02 (Doc 233) | $1,463.38 (Doc 132) | $952.94 (Doc 114) | Final |
| | $800.07 (Doc 294) | $462.13 (Doc 152) | $311.69 (Doc 132) | 1st Supp |
| | $ 3,006.00 | $ 1,054.00 | $ 600.00 | (Est 09/01-10/16) |
| | $ 2,013.75 | $ 915.00 | $ 466.50 | (Holdback) |
| **Allowed Compensation** | **$ 9,085.84** | **$ 3,894.51** | **$ 3,420.30** | |
| | | | | |
| | | | | |
| **Balch & Bingham** | **$74,162.53 (Doc 250)** | | | **Final** |
| Allowed Compensation | $ 74,162.53 | | | |
| | | | | |
| | | | | |

1

| Professional | MVI | AEM | Hoth | |
|---|---|---|---|---|
| Barrett, R. Lee | | | $3,780.00 (Doc 97) | First Interim |
| | $12,870.41 (Doc 248) | $700.00 (Doc 136) | $385.00 (Doc 117) | Final |
| | $2,310.00 (Doc 306) | $385.00 (Doc 156) | $385.00 (Doc 139) | 1st Supp |
| | $ 11,949.00 | | | (Holdback) |
| | $ 5,000.00 | $ 1,000.00 | $ 1,000.00 | (Est 09/01-10/16) |
| **Allowed Compensation** | **$ 32,129.41** | **$ 2,085.00** | **$ 5,165.00** | |
| | | | | |
| | | | | |
| Cellucci, John | | $31,044.00 (Doc 131) | | Final |
| | | $4,741.00 (Doc 157) | | 1st supp |
| | | $ 9,100.00 | | (Est 09/15 - 10/16) |
| **Allowed Compensation** | | **$ 44,885.00** | | |
| | | | | |
| | | | | |
| Griscti, Robert | $7,671.62 (Doc 239) | | | Final |
| | $ 700.00 | | | (Est 09/01-10/16) |
| **Allowed Compensation** | **$ 8,371.62** | | | |
| | | | | |
| | | | | |
| KPMG | $56,755.00 (Doc 249) | | | Final |
| **Allowed Compensation** | **$ 56,755.00** | | | |
| | | | | |
| | | | | |

2

3

| Professional | MVI | AEM | Hoth | |
|---|---|---|---|---|
| Shutts & Bowen | $3,733.78 (Doc 231) | | | Floyd Road |
| | $23,653.22 (Doc 232) | | | O2HR, LLC |
| **Allowed Compensation** | **$ 27,387.00** | | | |
| | | | | |
| | | | | |
| J Layne Smith | | $56,511.00 (Doc 127) | | 1st App |
| **Allowed Compensation** | | **$ 56,511.00** | | |
| | | | | |
| | | | | |
| Steve Yoakum | $29,055.00 (Doc 236) | | | Final |
| | $7,800.00 (Doc 295) | | | (Est 08/01-10/16) |
| | $ 16,283.25 | | | (Holdback) |
| **Allowed Compensation** | **$ 53,138.25** | | | |
| | | | | |
| | | | | |