IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 10-12123-FF

---

IN RE: MIRABILIS VENTURES, INC.,

                Debtor.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUL 2 8 2010
JOHN LEY
CLERK

---

RACHLIN COHEN & HOLTZ, LLP.,

                Plaintiff,

FORGE CAPITAL PARTNERS,
f.k.a. Moreco Partners, LLC,
ARGENT CAPITAL ADVISORS, LLC,
f.k.a. Atlantic American Capital Advisors, LLC,
ATLANTIC AMERICAN CAPITAL GROUP, LLC,
ARGENT BD, LLC,
ARGENT BD TRANSITION, LLC,
ROBERT MOREYRA,
PETER COLLINS,
BISON MORTGAGE CORP.,
SOLUTIONS FUNDING, INC.,

                Plaintiffs - Appellants,

versus

MIRABILIS VENTURES, INC.,
HOTH HOLDINGS, LLC,

                Defendants - Appellees.

---

Appeal from the United States District Court for the
Middle District of Florida

---

Before: BLACK, CARNES and MARTIN, Circuit Judges

BY THE COURT:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The bankruptcy court's orders denying Appellants's motions to dismiss the Chapter 11 bankruptcy cases filed by Mirabilis Ventures, Inc., and Hoth Holdings, Inc., are not final orders resolving a particular adversary proceeding or claim. *See In re Donovan*, 532 F.3d 1134, 1136-37 (11th Cir. 2008). Thus, we lack jurisdiction to review the district court's April 21, 2010, order affirming the bankruptcy court's orders. *Id.* at 1137; 28 U.S.C. § 158(d)(1).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 27-2 and all other applicable rules.

2