# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No. 6:08-bk-04328-KSJ |
| **HOTH HOLDINGS, LLC,** | CHAPTER 11 |
| Debtor. | |
| _____/ | |
| **HOTH HOLDINGS, LLC,** | ADV. CASE NO. 6:08-ap-148-KSJ |
| Plaintiff. | |
| v. | |
| **COASTAL EQUITY PARTNERS, LLC, and 3800 CAROLINA HOLDINGS, LLC,** | |
| Defendants. | |
| _____/ | |

## NOTICE OF JOINT STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

HOTH HOLDINGS, LLC ("Hoth" or "Debtor"), COASTAL EQUITY PARTNERS, LLC ("Coastal") and 3800 CAROLINA HOLDINGS, LLC ("3800")(Collectively, the "Parties"), by and through their respective undersigned counsel, and pursuant to Rule 7041(a), *Federal Rules of Bankruptcy Procedure*, hereby file their notice of joint stipulation of dismissal of adversary proceeding with prejudice (the "Adversary"). The Parties will bear their own respective fees and costs with respect to the Adversary.

**RESPECTFULLY SUBMITTED** this 19th day of October, 2010.

/s/ Justin M. Luna
R. Scott Shuker, Esq.
Florida Bar No. 984469
Justin M. Luna, Esq.

Florida Bar No. 0037131
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353 (32802-3353)
390 N Orange Avenue, Suite 600
Orlando, FL  32801
Tel:  407-481-5808
Fax:  407-481-5801
Attorneys for the Debtor

/s/ Bart R. Valdes
DAVID H. SIMMONS, ESQ.
Florida Bar Number 240745
deBeaubien, Knight, Simmons,
 Mantzaris & Neal, LLP
332 North Magnolia Avenue
Orlando, Florida 32802-0087
Telephone: (407) 422-2454
Facsimile: (407) 849-1845
dhs77@dbksmn.com

BART R. VALDES
Florida Bar Number 323380
de Beaubien, Knight, Simmons,
Mantzaris & Neal, LLP
609 West Horatio Street
Tampa, Florida  33606
Telephone: (813) 251-5825
Facsimile: (813) 254-1063
brv11@dbksmn.com
Attorneys for Defendants

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**  Case No. 6:08-bk-04328-KSJ

**HOTH HOLDINGS, LLC,**  CHAPTER 11

      **Debtor.**
_____/

**HOTH HOLDINGS, LLC,**  ADV. CASE NO. 6:08-ap-148-KSJ

      **Plaintiff.**

v.

**COASTAL EQUITY PARTNERS, LLC, and**
**3800 CAROLINA HOLDINGS, LLC,**

      **Defendants.**
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the **NOTICE OF JOINT STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE** has been furnished by electronic and/or U.S. First class mail, postage prepaid, to: Hoth Holdings, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Coastal Equity Partners, LLC, 350 Camino Gardens Blvd., Suite 102, Baca Raton, FL 33432; Bison Mortgage Corp., 350 Camino Gardens Blvd., Suite 102, Boca Raton, FL 33432; Bart R Valdes, deBeaubien Knight Simmons Mantzaris Neal, 332 North Magnolia Avenue, Orlando, FL 32802; and The Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 this 19th day of October 2010.

                                /s/ Justin M. Luna
                                Justin M. Luna, Esq.