

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/18/2013 11:00 AM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:08-bk-04328-KSJ | 11 | 05/27/2008 |

Chapter 11

**DEBTOR:**   Hoth Holdings, LLC

**DEBTOR ATTY:**   Justin Luna

**TRUSTEE:**   NA

**HEARING:**

Post Confirmation Status Conference
       Note: Cont'd from 6/12/13
       Plan Confirmed 10/27/09

**APPEARANCES:**:

Justin Luna (Debtor)
Elena Escamilla (U.S. Trustee)

**RULING:**

Tagged for Audio Access - See 08-4327

Post Confirmation Status Conference:   Continued to October 30, 2013 at 10:15 a.m.   AOCNFNG
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.